1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10                **WESTERN DIVISION**

11

12  MARGARITA ROCHA,                    )  Case No.: CV 07-4861 RNB
                                        )
13          Plaintiff,                  )  [PROPOSED] ORDER AWARDING
                                        )  EAJA ATTORNEY FEES
14  v.                                  )
                                        )
15  MICHAEL J. ASTRUE,                  )
    COMMISSIONER OF SOCIAL             )
16  SECURITY ADMINISTRATION,           )
                                        )
17                                      )
            Defendant.                  )
18                                      )
                                        )
19

20       Based upon the parties' Stipulation for the Award and Payment of Equal

21  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

22  Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

23  the amount of TWO THOUSAND dollars ($2,000.00)  as authorized by 28 U.S.C.

24  § 2412(d), subject to the terms of the above-referenced Stipulation.

25  DATE:  November 13, 2008

26                          THE HONORABLE ROBERT N. BLOCK
                            UNITED STATES MAGISTRATE JUDGE
27

28

                                    -1-